**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VIENGXAI SIHAKET,<br><br>Petitioner,<br><br>v.<br><br>WARDEN OF THE GOLDEN STATE ANNEX DETENTION FACILITY, et al.,<br><br>Respondents. | Case No.: 1:26-cv-00891 JLT HBK (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING PETITION FOR WRIT OF HABEAS CORPUS<br><br>(Docs. 1, 17) |

Viengxai Sihaket is an immigrant detainee in U.S. Immigration Customs and Enforcement custody at the Golden State Annex Detention Facility in McFarland, California, proceeding pro se on his petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. (Doc. 1, "Petition.") On May 8, 2026, the assigned magistrate judge issued findings and recommendations to grant the petition for writ of habeas corpus and immediately release petitioner. (Doc. 17.) The Court served the findings and recommendations on all parties and notified them that any objections were due within five days. (*Id*.) In addition, the parties were "advised that failure to file objections within the specified time may result in the waiver of rights on appeal." (*Id.* at 11, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).) On May 9, 2026, Respondents timely filed objections "based on the same arguments made in the prior filing." (Doc. 18).

According to 28 U.S.C. § 636(b)(1)(C), this Court performed a *de novo* review of this

1

case. Having carefully reviewed the matter, the Court concludes the findings and recommendations are supported by the record and proper analysis.

Based upon the foregoing, the Court **ORDERS**:

1. The findings and recommendations issued on May 8, 2026 (Doc. 17) are **ADOPTED** in full.

2. The petition for writ of habeas corpus (Doc. 1) is **GRANTED.**

3. Respondents are directed to **IMMEDIATELY RELEASE** Petitioner from DHS custody on the same conditions as his most recent order of supervision.

4. Once released, Respondents are **ENJOINED** from re-detaining Petitioner unless there are material changed circumstances and a neutral decisionmaker determines there is a significant likelihood of petitioner's removal in the reasonably foreseeable future, or Respondents demonstrate by clear and convincing evidence at a pre-deprivation bond hearing before a neutral decisionmaker that Petitioner is a flight risk or danger to the community such that his physical custody is legally justified.

5. The Clerk is directed to serve Golden State Annex Detention Facility with a copy of this Order.

6. The Clerk of Court is directed to terminate all pending deadlines/motions and close this case.

IT IS SO ORDERED.

Dated:    **May 14, 2026**

_Jennifer L. Thurston_
UNITED STATES DISTRICT JUDGE

2